UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                    Case No.   2:05-cv-148-FtM-33SPC

KENNETH STENZEL,

          Defendant.

_____

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #15), entered on August 17, 2005, recommending that the United States of America's Motion for Entry of Default Judgment or in the Alternative for Summary Judgment Against Kenneth Stenzel (Doc. #13) be granted.  Judge Chappell further recommends that the Clerk enter a final judgment against Stenzel in the amount of $1,475,232.24 plus interest as it accrues.  As of the date of this Order, Stenzel has not filed objections to the report and recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review

factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the Report and Recommendation (Doc. #15) of United States Magistrate Judge Sheri Polster Chappell.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.  United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #15) is **ACCEPTED** and **ADOPTED.**

2.   United States of America's Motion for Entry of Default Judgment or in the Alternative for Summary Judgment Against Kenneth Stenzel (Doc. #13) is **GRANTED.**

3.  The Clerk is directed to enter a final judgment against Stenzel in the amount of $1,475,232.24 plus interest as it accrues and close the file.  The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this

31st day of August, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record