UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.                              Case No. 2:05-cv-148-FtM-33SPC

KENNETH STENZEL,

                    Defendant.
_____

### ORDER

    This matter comes before the Court on Magistrate Judge Sheri
Polster Chappell's Report and Recommendation (Doc. # 30), entered
on September 15, 2006, recommending that the United States' Motion
for Entry of an Order Holding Kenneth Stenzel in Contempt (Doc. #
21) should be granted.  The magistrate judge has further
recommended that Defendant Stenzel be incarcerated until such time
as he agrees to purge the contempt by producing the documents
requested by the Government in its Motion to Compel (Doc. # 19).
No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.  28 U.S.C. §
636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir.
1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of
specific objections, there is no requirement that a district judge
review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776,
779 n. 9 (11th Cir. 1993), and the court may accept, reject or

modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).   The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.   The Report and Recommendation (Doc. # 30) is hereby **ACCEPTED** and **ADOPTED.**

2.   The United States' Motion for Entry of an Order Holding Kenneth Stenzel in Contempt (Doc. # 21) is **GRANTED.**

3.   Defendant Stenzel shall be incarcerated until such time as he agrees to purge the contempt by producing the documents requested by the Government in its Motion to Compel (Doc. # 19).

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 4th day of October, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record